IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bennem, Rickey

Printed: 11/20/07

Case Number: 05 B 09384
Judge: Squires, John H
Filed: 3/16/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 14, 2007
Confirmed: July 20, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,556.00 |  |
| Secured: |  | 2,931.05 |
| Unsecured: |  | 1,775.42 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,500.00 |
| Trustee Fee: |  | 287.02 |
| Other Funds: |  | 62.51 |
| Totals: | 6,556.00 | 6,556.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Veronica D Joyner | Administrative | 1,500.00 | 1,500.00 |
| 2. | Ameriquest Mortgage Company | Secured | 0.00 | 0.00 |
| 3. | Ameriquest Mortgage Company | Secured | 20,000.00 | 2,513.44 |
| 4. | City Of Chicago | Secured | 417.61 | 417.61 |
| 5. | Illinois Dept of Revenue | Priority | 92.00 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 111.27 | 106.87 |
| 7. | Midwest Verizon Wireless | Unsecured | 78.48 | 75.38 |
| 8. | American Express Travel Relate | Unsecured | 122.18 | 117.37 |
| 9. | Cingular Wireless | Unsecured | 16.38 | 15.74 |
| 10. | ECast Settlement Corp | Unsecured | 163.04 | 156.61 |
| 11. | ECast Settlement Corp | Unsecured | 598.73 | 623.64 |
| 12. | Peoples Energy Corp | Unsecured | 116.41 | 0.00 |
| 13. | SBC | Unsecured | 84.79 | 0.00 |
| 14. | Credit Union One | Unsecured | 200.85 | 209.20 |
| 15. | American Express Centurion | Unsecured | 119.27 | 114.56 |
| 16. | B-Line LLC | Unsecured | 227.77 | 237.26 |
| 17. | Verizon Wireless | Unsecured | 78.48 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 123.65 | 118.79 |
| 19. | Internal Revenue Service | Priority |  | No Claim Filed |
| 20. | Associates National Bank | Unsecured |  | No Claim Filed |
| 21. | Dell Financial Services, Inc | Unsecured |  | No Claim Filed |
| 22. | Banco Popular | Unsecured |  | No Claim Filed |
| 23. | Capital One | Unsecured |  | No Claim Filed |
| 24. | Citicorp | Unsecured |  | No Claim Filed |
| 25. | ADT Security Systems | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Bennem, Rickey | Case Number: 05 B 09384 |
|---|---|
|  | Judge: Squires, John H |
| Printed: 11/20/07 | Filed: 3/16/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Professional Education Inst | Unsecured | | No Claim Filed |
| 27. | Visa | Unsecured | | No Claim Filed |
| 28. | Lease Com | Unsecured | | No Claim Filed |
| 29. | Taurus Emergency | Unsecured | | No Claim Filed |
| 30. | Washington Mutual Finance | Unsecured | | No Claim Filed |

$ 24,050.91              $ 6,206.47

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 80.01 |
| 5.5% | 174.97 |
| 5% | 27.20 |
| 4.8% | 4.84 |

$ 287.02

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_